DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILLIE JAMES MCCANTS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1846

[January 7, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Rosemarie Scher, Judge; L.T. Case No. 502016CF012797AXXXWB.

Willie James McCants, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST, and KLINGENSMITH, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***